# UNITED STATES DISTRICT COURT
## FOR THE Eastern District of Pennsylvania

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | MDL 875 |
| LIABILITY LITIGATION | : | |
| ALL ACTIONS | : | (MARDOC) |
| (See attached schedule for case list) | : | |

## TRANSFER ORDER NO. 41

The Court hereby ORDERS the Clerk of the District Court for the Eastern District of Pennsylvania, the Transferee Court, to initiate the procedures for the transfer of MDL−875 (Mardoc) cases from the District Court for the Northern District of Ohio, the Transferor Court, in accordance with the terms of this Court's Administrative Order No. 11, a copy of which is attached hereto. The effective date of transfer is upon entry of this order.

                                                                           **BY THE COURT**

                                                                        s/EDUARDO C. ROBRENO
                                                                       **EDUARDO C. ROBRENO, J.**

Date: 7−5−11